IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 - CV - 02291 BnB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 30 2007

GREG____ ___ _NGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JAMIE WILLIS, and
ALEX ROUSE (The Rouse Family),

    Plaintiffs,

v.

STATE OF COLORADO,

    Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

Plaintiffs Jamie Willis and Alex Rouse have submitted a document titled "Motion to Proceed in the Form [sic] of Pauperis Civil Complaint of Constitutional Violations." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiency, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   XX   is not submitted by each plaintiff
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) \_\_ is missing required financial information
(5) \_\_ is missing an original signature by the prisoner
(6) \_\_ is not on proper form (must use the court's current form)
(7) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

**Complaint, Petition or Application:**
(10) \_\_ is not submitted
(11) XX is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by each prisoner
(13) \_\_ is missing page nos. \_\_
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiffs, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that any plaintiff who fails to cure the designated deficiencies **within thirty (30) days from the date of this order** will be dismissed

without further notice as a party to this action. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29th day of October, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02291

Jamie Willis
6610 S. Foresthill
Littleton, CO 80120

Alex Rouse
6610 S. Foresthill
Littleton, CO 80120

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint Form** to the above-named individuals on __10/30/07__

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                          Deputy Clerk