FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02291-LTB-BNB

JAMIE ROUSE,

Plaintiff,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
CHRISTINE BORAN, Weld County DSS,
CAROLYN OLSON, Weld County DSS,
JACK DAVIS, Weld County DSS,
GLORIA ROMANANSIK, Weld County DSS,
SHARON PLENTNER, Weld County DSS, and
WELD COUNTY CITY ATTORNEY JIM POPE,

Defendants.

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated April 30, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02291-LTB-BNB

Jaime Rouse
4865 W. 10th Ave
Denver, CO 80204

US Marshal Service
Service Clerk
Service forms for: Weld County Department of Social Services, Christine Baron, Carolyn Olson, Jack Davis, Gloria Romanansik, Sharon Plentner, and Weld County Attorney Jim Pope

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Great Plains Moving and Storage: SECOND AMENDED COMPLAINT FILED 03/13/08, SUMMONS, NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 5/2/08 .

                                                      GREGORY C. LANGHAM, CLERK

                                                      By: _____
                                                                  Deputy Clerk