IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02291-LTB-BNB

JAMIE ROUSE,

Plaintiff,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
CHRISTINE BORAN, Weld County DSS,
CAROLYN OLSON, Weld County DSS,
JACK DAVIS, Weld County DSS,
GLORIA ROMANANSIK, Weld County DSS,
SHARON PLENTNER, Weld County DSS, and
JIM POPE, Weld County City Attorney,

Defendants.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

The plaintiff filed her Second Amended Complaint on March 13, 2008 [Doc. #13]. She is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. #9]. On May 2, 2008, I ordered the United States Marshal to effect service upon the defendants [Doc. #18]. On May 29, 2008, the Marshal filed a Process Receipt and Return which states that the Summons was returned unexecuted as to defendant Carolyn Olson because Ms. Olson is no longer employed at the address provided by the plaintiff [Doc. #20].

I ordered the plaintiff shall show cause on or before June 17, 2008, why the Second Amended Complaint should not be dismissed as against defendant Olson for failure to prosecute. See D.C.COLO.LCivR 41.1. I warned the plaintiff that if no such showing was made, I would

enter a recommendation that the action be dismissed, without prejudice, against defendant Olson for failure to prosecute. The plaintiff did not respond to my order to show cause. Accordingly,

I respectfully RECOMMEND that the Second Amended Complaint be DISMISSED WITHOUT PREJUDICE as against defendant Olson for failure to prosecute.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated June 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge