**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02291-LTB-BNB

JAMIE ROUSE,

    Plaintiff,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
CHRISTINE BARON, West County DSS,
CAROLYN OLSON, Weld County DSS,
JACK DAVIS, Weld County DSS,
GLORIA ROMANANSIK, Weld County DSS,
SHARON PLENTNER, Weld County DSS, and
WELD COUNTY ATTORNEY JIM POPE,

    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on June 20, 2008 (Doc 31). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED as against Defendant Olson only.

                                                      BY THE COURT:

                                                        s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED: July 11, 2008