IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02291-LTB-BNB

JAMIE ROUSE,

Plaintiff,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
CHRISTINE BORAN, Weld County DSS,
JACK DAVIS, Weld County DSS,
GLORIA ROMANANSIK, Weld County DSS,
SHARON PLENTNER, Weld County DSS, and
 JIM POPE, Weld County City Attorney,

Defendants.

_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

         This matter is before me pursuant to my Order to Show Cause dated August 1, 2008

[Doc. #51], in which I noted that the Court had recently mailed the following papers to the

plaintiff, Jamie Rouse, at her address of record:

    1.  Recommendation of United States Magistrate Judge [Doc. #31, issued 6/20/08];

    2.  Minute Order [Doc. #34, issued 7/3/08];

    3.  Minute Order [Doc. #38, issued 7/8/08];

    4.  Order [Doc. #39, issued 7/11/08];

    5.  Memorandum [Doc. #47, issued 7/29/08]; and

    6.  Minute Order [Doc. #48, issued 7/2908].

         The envelopes addressed to Ms. Rouse have all been returned as undeliverable because

she has moved and has not left a forwarding address [Docs. #40, #41, #49, and #50]. Ms.

Rouse's last filing in this case--the Second Amended Complaint--was received March 13, 2008. The Court has not received a notice of change of address from Ms. Rouse as required by D.C.COLO.LCivR 10.1M, and has had no other contact with her since March.

Consequently, I ordered Ms. Rouse to show cause on or before August 15, 2008, why the Second Amended Complaint should not be dismissed for failure to keep the Court informed of her current address in violation of D.C.COLO.LCivR 10.1M, and for failure to prosecute. D.C.COLO.LCivR 41.1. I warned Ms. Rouse that failure to respond to my Order on or before August 15, 2008, would result in my recommendation that the Second Amended Complaint be dismissed in its entirety.

Ms. Rouse did not respond to my Order to Show Cause. Indeed, the Order to Show Cause and several additional papers have been returned to the Court as undeliverable [Doc. #55, 60, 61, and 62]. Accordingly,

I respectfully RECOMMEND that the plaintiff's Second Amended Complaint be dismissed without prejudice for failure to keep the Court informed of her current address in violation of D.C.COLO.LCivR 10.1M, and for failure to prosecute. D.C.COLO.LCivR 41.1.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue

for *de novo* review by the district court or for appellate review.  <u>United States v. One Parcel of</u>

<u>Real Property</u>, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated August 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge