# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02291-LTB-BNB

JAMIE ROUSE,

    Plaintiff,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
CHRISTINE BARON, West County DSS,
JACK DAVIS, Weld County DSS,
GLORIA ROMANANSIK, Weld County DSS,
SHARON PLENTNER, Weld County DSS, and
WELD COUNTY ATTORNEY JIM POPE,

    Defendants.

## ORDER

This case is before me on the recommendation of the Magistrate Judge issued and served on August 20, 2008 (Doc 63). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Second Amended Complaint is DISMISSED WITHOUT PREJUDICE for failure to keep the Court informed of her current address in violation of D.C.COLO.LCivR 10.1M, and for failure to prosecute.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: October 23, 2008